IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JAMES D. CONLEY,**<br>     **Plaintiff,** | Civil Action No. 7:22-cv-00068 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By:  Michael F. Urbanski |
| **DR. T. MATHENA, et al,** | Chief United States District Judge |
|      **Defendant(s),** | |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 3, 2022, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the month of January 2022, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that month. On February 10, 2022, plaintiff filed a letter stating he had sent in all his inmate account information and asked if he was to submit it again. The Clerk's Office sent plaintiff another copy of the conditionally filed Order (Dkt. No. 4) along with a docket sheet.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.  The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This   9th   day of March, 2022.

Michael F. Urbanski
Chief U.S. District Judge
2022.03.09 13:20:16
-05'00'

_____
Chief United States District Judge